**STOEL RIVES LLP**
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ (*Pro Hac Vice* forthcoming)
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8379

JESSICA VALENZUELA (*Pro Hac Vice* forthcoming)
jvalenzuela@gibsondunn.com
JEFF LOMBARD (*Pro Hac Vice* forthcoming)
jlombard@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5340

*Attorneys for Individual Defendants and*
*Nominal Defendant Nike, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:24-cv-01195<br>Consolidated Case No. 3:24-cv-01269-JR<br><br>**MOTION FOR LEAVE TO APPEAR** ***PRO HAC VICE*** **OF JEFFREY D. LOMBARD**<br><br>Judge: Hon. Adrienne Nelson |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney Jeffrey D. Lombard requests special admission pro hac vice to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purpose of representing the following parties: Defendants John J. Donahoe II, Matthew Friend, Cathleen Benko, Timothy Cook, Thasunda B. Duckett, Mónica Gil, Alan B. Graf, Jr., Maria Henry, Peter

PAGE 1 – MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

B. Henry, Travis A. Knight, Mark G. Parker, Michelle A. Peluso, John W. Rogers, Jr., Robert Swan, and Nominal Defendant Nike, Inc.

In support of this application, I certify that: 1) I am an active member in good standing with the California and Washington State Bars; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above-captioned matter and my limited admission will be terminated upon the conclusion of this matter.

**(1) PERSONAL DATA**

Name:  Lombard, Jeffery D.

Agency/firm affiliation:  GIBSON, DUNN & CRUTCHER LLP

Mailing address:  310 University Avenue

City: Palo Alto  State: CA  Zip: 94301

Phone number: (650) 849-5340  Fax Number:  (650) 849-5333

Business e-mail address:  JLombard@gibsondunn.com

**(2) BAR ADMISSION INFORMATION**:

California Bar, 12/3/2012, #285371

Washington Bar, 1/7/2016, #50260

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS**:

I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE**:

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

PAGE 2 – MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

**(5) CM/ECF REGISTRATION**:

I acknowledge that I am a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission**: I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: September 16, 2024                     GIBSON, DUNN & CRUTCHER LLP

By: *s/ Jeff Lombard*
Jeff Lombard

*Attorneys for Individual Defendants and Nominal Defendant Nike, Inc.*

## CERTIFICATION OF ASSOCIATE LOCAL COUNSEL

I, B. John Casey, certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:24-cv-01195.

DATED: September 16, 2024                    STOEL RIVES LLP

By: *s/ B. John Casey*
    B. John Casey

*Attorneys for Individual Defendants and Nominal Defendant Nike, Inc.*